**\*E-Filed: April 23, 2015\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELETI LIVAI,<br><br>    Plaintiff,<br>v.<br><br>WEST ASSET MANAGEMENT, INC.,<br><br>    Defendant. | No. C15-00089 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **June 30, 2015, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **June 23, 2015**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED**.

Dated: April 23, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**C15-00089 HRL Order will be electronically mailed to:**

Debbie Paulerio Kirkpatrick     dkirkpatrick@sessions-law.biz, acoito@sessions-law.biz, mwinder@sessions-law.biz

Todd Michael Friedman     tfriedman@attorneysforconsumers.com, abacon@attorneysforconsumers.com, ecampany@attorneysforconsumers.com, sliang@attorneysforconsumers.com, sweerasuriya@attorneysforconsumers.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**