*E-Filed: June 22, 2015*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELETI LIVAI,** | Case No. 5:15-cv-00089-HRL |
| Plaintiff(s) | **ORDER** DISMISSING CASE |
| vs. | |
| **WEST ASSET MANAGEMENT, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated: June 22, 2015.

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge